UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-553 MJD/JDL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIANN L. JONES GRACE,<br>Defendant. | ) | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination. Defendant no longer lives in this district, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 4th day of November, 2004.

s/J. Earl Cudd
UNITED STATES MAGISTRATE JUDGE