A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **Civil 00-553 MJD/JGL**
0341-0319-6427-F

Mariann L. Jones Grace,

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Mariann L. Jones Grace

and bring him or her forthwith to the nearest Magistrate Judge to answer an order of the Court charging him or her with:

Failure to appear on March 6, 2003, at 9:00 a.m. pursuant to an Order for Debtor's Examination..

Ordered by: Magistrate Judge J. Earl Cudd United States District Court .

Julia M. Rustad
(By) Julie M. Rustad, Deputy Clerk

March 6, 2003 Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________________ ______________________________
Name and Title of Arresting Officer Signature of Arresting Officer

DATE 11-04
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lamunte

SCANNED
NOV 9 2004

DC Modified 12/17/02